WILKINSON vs. WILKINSON.

*Twelfth Judicial District Court, August, 1857.*

DIVORCE—RESIDENCE—INTEMPERANCE.

The domicil of the wife is with the husband, as decided in Kashaw vs. Kashaw.
A party applying for divorce on the ground of habitual intemperance, must show conclusively that the habit exists at the time of the application.

This was an action brought for divorce on the ground of intemperance on the part of the husband, in the State of Massachusetts. It ap-

pears that the wife resides in this State, and that the husband is in the State of Massachusetts, and that she left him in the year 1855. There was no evidence to show desertion on the part of the husband, nor any evidence of his being at the present time an intemperate man.

*S. S. Rawson*, for plaintiff.

Defendant not in Court.

NORTON, J., remarked, in delivering an oral opinion in Court, that the Supreme Court of the State had decided, in Kashaw vs. Kashaw, 3 Cal., 312, that the domicil of the husband was the domicil of the wife ; and applying that rule, in the absence of evidence of desertion on the part of the husband, it was to be presumed that her domicil was still with him, in the State of Massachusetts, and consequently she could not maintain this action, not having resided in this State six months, according to the decision of the case of Kashaw vs. Kashaw.

The intemperance proved had existed many years since, and it was incumbent on the applicant for divorce, upon that ground, to prove the continuance of the offense, inasmuch as it is one of those habits which might be discontinued, and the defendant in this case, at the present time, may not be of intemperate habits. The desertion, as established, was on the part of the wife, she having left her husband. Upon these grounds the divorce was refused.